# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00721-CV

**Save Our Springs Alliance, Appellant**

**v.**

**Village of Bee Cave; Caroline Murphy in her official capacity as Mayor of the Village of Bee Cave; Baldwin Properties, Ltd.; and HCG Master Ground Lease, L.P., Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. GN302394, HONORABLE C. W. DUNCAN JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellees have filed an agreed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Agreed Motion

Filed: April 29, 2004